### HOLBROOK *v.* BANK OF CUMMING.

RUSSELL, C. J. The decision in this case is controlled by the decision in *Holbrook* v. *Montgomery,* ante.

<div align="right">

*Judgment reversed. All the Justices concur.*